AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20) ☐ Original ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT
11/9/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
11/09/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___M.B.___ DEPUTY

United States of America

v.

JESSE PLATA,

Defendant.

Case No. 8:22-mj-00716-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 2, 2022 in the County of Orange in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | unlawfully possessing a firearm ~~and ammunition~~ as a convicted felon |

This criminal complaint is based on these facts:

   *Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
*Complainant's signature*

Brady Jones, TFO-ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: November 9, 2022

*Judge's signature*

City and state: Santa Ana, California

Hon. John D. Early, U.S. Magistrate Judge
*Printed name and title*

AUSA
Greg Staples
(x3535)

**AFFIDAVIT**

I, Brady Jones, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Detective with the Fullerton Police Department ("FPD") and also a federally deputized Task Force Officer ("TFO") presently working with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). As a TFO with the ATF, I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 3051, and I am empowered by law to conduct investigations and make arrests for offenses against the United States.

2. I am assigned to the ATF Orange County Violent Crime Task Force ("OCVCTF"). The OCVCTF is comprised of federal and local law enforcement agencies, including, but not limited to, ATF, Brea Police Department Detectives, Santa Ana Police Department, and the Fullerton Police Department. The OCVCTF is responsible for among other things, investigating violations of federal law involving criminal street gangs, possession of firearms by prohibited persons, possession of stolen firearms, possession of machineguns, the illegal distribution of firearms and narcotics, burglaries, robberies, and homicides. Prior to this assignment with the ATF, I was a Fullerton Police Officer and a Detective, and have been so employed for approximately six years.

3. During my tenure as a police officer, as well as an ATF TFO, I have conducted and participated in numerous

investigations of criminal activity, including, but not limited to possession of firearms by prohibited persons, possession of stolen firearms, robberies, burglaries, and homicides.  Since joining the OCVCTF in 2019, I have specialized in investigations of robberies, burglaries, homicides, firearms violations, drug trafficking, and gang activity.  I have participated in the execution of numerous search and arrest warrants related to these investigations.

## II. PURPOSE OF AFFIDAVIT

4.   This affidavit is made in support of a criminal complaint and arrest warrant for JESSE PLATA ("PLATA") for unlawfully possessing a firearm and ammunition as a convicted felon, in violation of 18 U.S.C. § 922(g)(1).

5.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III. STATEMENT OF PROBABLE CAUSE

6.   After reviewing the police report written by Corporal Kowalec of the Fullerton Police Department ("FPD"), regarding an arrest that occurred on November 2, 2022, I have learned the following facts:

### A. Vehicle Stop & Search

7. At approximately 2:24 p.m. on November 2, 2022, FPD Corporal Kowalec conducted a suspicious occupied vehicle check at 2003 Raymer Avenue in the City of Fullerton. Corporal Kowalec recognized the sole occupant as Jesse PLATA, a subject he knew was on Orange County formal probation with search and seizure terms stemming from a felony conviction for a firearm offense.

8. Corporal Kowalec approached PLATA's parked vehicle as he was sitting in the driver seat and initiated contact with PLATA. Corporal Kowalec asked PLATA if he had any weapons in the vehicle, and PLATA told Corporal Kowalec he had a taser in the vehicle. Corporal Kowalec told PLATA to exit the vehicle and he complied.

### B. Locating PLATA's firearm

9. As PLATA exited his vehicle, he asked Corporal Kowalec to retrieve an item that was on the right side of his waistband. Corporal Kowalec saw a firearm in a holster on the right side of PLATA's waistband. The firearm was not concealed due to PLATA's shirt being tucked in. Corporal Kowalec asked PLATA if the item in his waistband was the taser he originally said he had, and PLATA told Corporal Kowalec that the item in the holster was a real firearm. The firearm was a Hi Point, Model C9, 9mm pistol bearing serial number P1015066.

10. The firearm was not loaded and contained an empty eight (8) round capacity magazine that was inserted in the firearm.

3

11. During a search of PLATA's vehicle, Corporal Kowalec located a taser and two (2) rounds of 9mm luger ammunition inside the trunk of the vehicle.

12. PLATA was placed under arrest for being a convicted felon in possession of a firearm, in violation of California Penal Code § 29800(a)(1), felon in possession of ammunition, in violation of California Penal Code § 30305(a)(1), and felon in possession of a taser/stun gun, in violation of California Penal Code § 22610.

C. **Interview of PLATA**

13. After being advised of his Miranda rights, PLATA told Corporal Kowalec that he knew was not allowed to possess a firearm and has not been able to possess one since he was thirteen years old because of an arrest while he was juvenile. PLATA also acknowledged that he also had felony convictions as an adult. PLATA said he worked at a marijuana dispensary in the same parking lot he was arrested in and told Corporal Kowalec that the dispensary would not hire him unless he was armed. PLATA said he possessed the gun so he could work at the marijuana dispensary. PLATA claimed the gun belonged to a friend of his, and that the ammunition inside the trunk of his vehicle was left behind by a friend.

D. **PLATA's Criminal History**

14. Based on my review of PLATA's criminal history, I learned that PLATA has the following prior felony convictions:

    a. Possession of a controlled substance, in violation of California Health and Safety Code § 11350(a), in

California Superior Court, County of Los Angeles, Case No. #VA13153001, on or about September 18, 2014, for which he was sentenced to 90 days in jail and 1 year of probation.

    b.   Carrying a loaded unregistered firearm in public, in violation of California Penal Code § 25850(a)(c)(6), in California Superior Court, County of Orange, Case No. 21NF3294, on or about May 5, 2022, for which he was sentenced to 90 days in jail and 2 years' probation.

    **E.**   **Interstate Nexus**

15. On November 2, 2022, I forwarded information regarding the firearm and ammunition recovered from PLATA to ATF Special Agent ("SA") Alex Liwienski, an interstate nexus expert. SA Liwienski determined that the firearm was manufactured outside the State of California and that because the firearm was recovered in California, it must have moved in interstate commerce.

### IV. CONCLUSION

16. As set forth above, there is probable cause to believe that PLATA has committed a violation of 18 U.S.C. § 922(g)(1) (unlawful possession of a firearm by a felon).

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this  9th  day of
November, 2022.

_____
HON. JOHN D. EARLY
United States Magistrate Judge